IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**WEST PALM BEACH DIVISION**

THE UNITED STATES OF AMERICA

    Plaintiff,

v.                                                                                    CASE NO.: 09-80507-CIV-MARRA

TOWN OF LAKE PARK, FLORIDA, and
COMMISSIONERS PATRICIA PLASKET-
OSTERMAN, G. CHUCK BALIUS, JEFF
CAREY and ED DALY, in their official
capacity as members of the Lake Park
Town Commission, and DESCA DUBOIS,
in her official capacity as Mayor of Lake
Park,

    Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION TO DISMISS

THIS MATTER comes before the Court upon Defendants' Motion to Dismiss Motion filed on June 1, 2009. The Court has reviewed and considered the Motion, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

    1.    Defendants' Motion to Dismiss is and the same is hereby GRANTED.

    2.    The Complaint is hereby dismissed with prejudice as to the Defendant Commissioners Patricia Plasket-Osterman, G. Chuck Balius, Jeff Carey and Ed Daly, in their official capacities, and Defendant Desca Dubois, in her official capacity as Mayor.

    3.    The Complaint is hereby dismissed without prejudice as to Defendant Town of Lake Park in that Plaintiff has failed to join an indispensable party.

1

Page 2 of 2
<u>United States v. Town of Lake Park, et.al.</u>
Case No.: 09-80507-CIV-MARRA
Order on Defendants' Motion to Dismiss

**DONE AND ORDERED** in Chambers, in Palm Beach County, Florida this \_\_\_\_ day of

_____, 2009.

_____
THE HONORABLE KENNETH A. MARRA
U.S. DISTRICT COURT JUDGE

Copies furnished to:

Counsel of Record