IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**WEST PALM BEACH DIVISION**

THE UNITED STATES OF AMERICA

    Plaintiff,

v.                                                          CASE NO.: 09-80507-CIV-MARRA

TOWN OF LAKE PARK, FLORIDA, and
COMMISSIONERS PATRICIA PLASKET-
OSTERMAN, JEFF CAREY, ED DALY, and
KENDALL RUMSEY, in their official
capacity as members of the Lake Park
Town Commission, and DESCA DUBOIS,
in her official capacity as Mayor of Lake
Park,

    Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

THIS MATTER comes before the Court upon Defendants' Motion to Dismiss Amended Complaint filed on June 22, 2009. The Court has reviewed and considered the Motion, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

    1.    Defendants' Motion to Dismiss Amended Complaint is and the same is hereby GRANTED.

    2.    The Amended Complaint is hereby dismissed with prejudice as to the Defendant Commissioners Patricia Plasket-Osterman, Jeff Carey, Ed Daly, and Kendall Rumsey, in their official capacities, and Defendant Desca Dubois, in her official capacity as Mayor.

Page 2 of 2
<u>United States v. Town of Lake Park, et.al.</u>
Case No.: 09-80507-CIV-MARRA
Order on Defendants' Motion to Dismiss Amended Complaint

    3.    The Amended Complaint is hereby dismissed without prejudice as to Defendant Town of Lake Park in that Plaintiff has failed to state a cause of action.

**DONE AND ORDERED** in Chambers, in Palm Beach County, Florida this ____ day of _____, 2009.

_____
THE HONORABLE KENNETH A. MARRA
U.S. DISTRICT COURT JUDGE

Copies furnished to:

Counsel of Record